# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| JONATHAN KORSAH<br>5808 COVE LANDING RD., APT. 203<br>BURKE, VA 22015<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE UNITED STATES OF AMERICA<br><br>　　　　Defendant. | Case No.: 1:20-CV-820 |

## **COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT**

Plaintiff, JONATHAN KORSAH, by and through his attorney, John H. Johnston respectfully alleges as follows:

## **JURISDICTION AND VENUE**

1. This Court has original jurisdiction over the action under and pursuant to the Federal Tort Claims Act (28 U.S.C. § 2671 *et seq*).

2. Venue is proper in that all or a substantial part of the acts and omissions forming the basis of this case occurred in Arlington County, Virginia within the Eastern District of Virginia.

3. The Plaintiff has fully complied with the provisions of 28 U.S.C. § 2675 of the Federal Tort Claims Act. On April 21, 2020 the Department of Homeland Security denied the Plaintiff's administrative claim and this suit has now been timely filed.

## **NEGLIGENCE**

4. On July 8, 2018 the Plaintiff was a passenger in a vehicle traveling from the District of Columbia into Arlington County, Virginia.

5. At that time Secret Service Agent A. Wood-Thomas, while on duty, commenced an illegal and dangerous motor vehicle chase of the vehicle in which the Plaintiff was a passenger. In so doing, Agent Wood-Thomas acted negligently, recklessly and carelessly.

6. While in Arlington County, Virginia, the vehicle in which the Plaintiff was a passenger was caused to collide with a vehicle being driven by another Secret Service Agent by the name of Matthew Aaron Konopca.

7. As a direct and proximate result of the negligence of the Secret Service agents who were acting as agents of the Defendant United States of America, the Plaintiff has sustained serious, disabling and permanent injuries and as a result has incurred and will incur in the future medical bills and has incurred in the past and will continue to incur in the future lost income and loss of earning capacity as well as past and future suffering and emotional anguish.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff JONATHAN KORSAH demands judgement against the Defendant for compensatory and statutory damages as well as pre and post judgement interest as allowed by law and any such further relief as this Court deems just and proper.

                                    JONATHAN KORSAH
                                    By Counsel

**JOHN H. JOHNSTON, P.C.**

_____
John H. Johnston, VSB# 01076
11260 Roger Bacon Drive, Suite 504
Reston, Virginia  20190
Tel: 703-827-0900
Fax:703- 349-3979
jhj44@aol.com